IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**SHANE MITCHELL** **PLAINTIFF**
**ADC #121150**

v.  Case No. 1:14-cv-00098-KGB-JJV

**LANCE BONDS, Sheriff, Mountain
View, Arkansas;** *et al.*  **DEFENDANTS**

### ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 6). No objections have been filed, and the time for doing so has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that:

1. Plaintiff's complaint against defendants is dismissed without prejudice for failure to state a claim upon which relief may be granted.

2. This dismissal is considered a "strike" within the meaning of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g).

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this the 27th day of April, 2015.

KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE